USDC IN/ND case 3:21-cv-00281-DRL-MGG   document 1   filed 04/26/21   page 1 of 4

SCANNED at PENDLETON and Emailed on
4/26/21 by ___ ___ pages.
(date)    (initials) (num)

Pro Se 14 (INND Rev. 2/20)

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF INDIANA

*[This form is for prisoners to sue for civil rights violations. NEATLY print in ink (or type) your answers.]*

**Raymond Mims**,
*[You are the PLAINTIFF, print your full name on this line.]*

v.

**Superintendent, Dushan Zatecky**
*[The DEFENDANT is who you are suing. Put ONE name on this line. List ALL defendants below, including this one.]*

Case Number **3:21-cv-281**

*[For a new case in this court, leave blank. The court will assign a case number.]*

*[The top of this page is the caption. Everything you file in this case must have the same caption. Once you know your case number, it is VERY IMPORTANT that you include it on everything you send to the court for this case. DO NOT send more than one copy of anything to the court.]*

## PRISONER COMPLAINT

| # | Defendant's Name and Job Title | Work Address |
|---|---|---|
| 1 | *[Put the defendant named in the caption in this box.]* Superintendent Dushan Zatecky | Pendleton Correctional Facility 4490 W. Reformatory RD Pendleton, In 46064 |
| 2 | *[Put the names of any other defendants in these boxes.]* Head of medical staff | Pendleton Correctional Facility 4490 W. Reformatory RD Pendleton, In 46064 |
| 3 | LT of CtHU | Pendleton Correctional Facility 4490 W. Reformatory RD Pendleton, In 46064 |

*[If you are suing more defendants, attach an additional page. Number each defendant. Put the name, job title, and work address of each defendant in a separate box as shown here.]*

1. How many defendants are you suing? **3**

2. What is the name and address of your prison or jail? **PCF 4490 W. Reformatory RD Pendlet, In 46064**

3. Did the event you are suing about happen there? ● Yes. ○ No, it happened at: _____

4. On what date did this event occur? **MAR 24, 2021**

*[DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]*

## CLAIMS and FACTS

DO: Write a short and plain statement telling what each defendant did wrong.

DO: Use simple English words and sentences.

**DO NOT:** Quote from cases or statutes, use legal terms, or make legal arguments.

DO: Explain when, where, why, and how each defendant violated your rights.

DO: Include every fact necessary to explain your case and describe your injuries or damages.

DO: Number any documents you attach and refer to them by number in your complaint.

**DO NOT:** Include social security numbers, dates of birth, or the names of minors.

DO: Use each defendant's name every time you refer to that defendant.

DO: Number your paragraphs. [*The first paragraph has been numbered for you.*]

1. Well my 8 Amendments been violated Deliberate Indifference and my 4 Amendments been violated safety security the reason I say Deliberate Indifference because I use catheter and I have to make shore Im clean but I can't do that because they want give me my presen property I been here 19 day and sell not athing I know it take time but this to long with my medcal problem I have said something to medcail and have not got any word back Im told to put and medcail slip I have sine I been here I have egzsma also and they have not seen me on that and Im not understand why I cant get any help with this and I put and medcail about urser smell fun they have not gave me anything this is a serious medcail need and they are not take it serious. then there violated safety security I wrote the superintendent and the LT and know body his done and thing there poo on the wall and they will not clean it up and the shower are alway Dirty I have ask why they dont clean them and they we dont have the clean thing to do that I been want to clean my cell for 19 day I have a Biohazard bag and my room and I know this place is again my medcail

[*DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.*]

**Claims and Facts (continued)**

need this is my life I'm talk about with this convid 19 going on I dont see why I have to go through all this for thing that I sould already I have put and grievance and have not got any word back I dont know what going on my health is a risk and my medcail need are been take as a joke and feel that is wrong so if you can help me and anyway help because this seem to me the olny way I can get them to help me going through this pain saver is driven me really bad I need serious help with this thank for your time for read this and hope to here form soon because this plane can not really help my medcail serious I need going let them do this that will not givemeany of my health my pee smell bad I have to them and they know I use the carthetar so they sould to give me something for it if this Deliberaty Indiffecnce them I dont know what is my health is not been take serious I will hope you see to and give me the help I need. thank you god bless for your time read and hope here form again.

5. When did this event happen?
   - ○ Before I was confined.
   - ○ While I was confined awaiting trial.
   - ● After I was convicted while confined serving the sentence.
   - ○ Other: _____

6. Have you ever sued anyone for this exact same event?
   - ● No.
   - ○ Yes, attached is a copy of the final judgment OR an additional sheet listing the court, case number, file date, judgment date, and result of the previous case(s).

7. Could you have used a prison grievance system to complain about this event?
   - ○ No, this event is not grievable at this prison or jail.
   - ● Yes, I filed a grievance and attached is a copy of the response from the final step.
   - ○ Yes, this event was grievable, but I did not file a grievance because _____

8. If you win this case, what do you want the court to order the defendant(s) to do?
   [NOTE: A case filed on this form will not overturn your conviction or change your release date.]

   I will like $25,000 and I will like to be and a camp that can help my medecail need that can deal with serious medcail need.

[Initial Each Statement]
   ___ I will pre-pay the filing fee OR file a prisoner motion to proceed in forma pauperis.
   √ I will keep a copy of this complaint for my records.
   ___ I will promptly notify the court of any change of address.
   ___ I WILL NOT send more than one copy of any filing to the court.
   ___ I WILL NOT send summons, USM-285, or waiver forms to the clerk.
   ___ I declare under penalty of perjury that the statements in this complaint are true.

   I placed this complaint in the prison mail system on 4 / 18 /20 21 at 5:30 am/pm.
   [Do not fill in this date and time until you give the complaint to prison officials to send to the court.]

   Raymond Mims                                            174999
   Signature                                               Prisoner Number

   [DO NOT write in the margins or on the back of any pages. Attach additional pages if necessary.]